THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JONATHAN BOTEY            :
                          :
        Plaintiff,        :
                          :
v.                        :   3:12-CV-01520
                          :   (JUDGE MARIANI)
ROBERT GREEN, et al.,     :
                          :
        Defendants.       :

## ORDER

AND NOW, THIS 27th DAY OF OCTOBER, 2016, upon *de novo* review of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 125), and upon consideration of Defendants' Objections thereto (*see* Docs. 126, 127, 129), Defendants' Motion for Partial Summary Judgment (Doc. 103), and all related filings, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 125) is **ADOPTED**, for the reasons discussed therein as well as those discussed in this Court's accompanying memorandum opinion.

2. Defendants' Objections (Doc. 126) are **OVERRULED**.

3. Defendants' Motion for Partial Summary Judgment (Doc. 103) is **DENIED**.

4. A telephone conference to schedule this action for trial shall be held on **Tuesday, November 1, 2016, at 11:00 a.m.** Counsel for Plaintiff is responsible for arranging the call to (570) 207-5750, and all parties should be ready to proceed before the undersigned is contacted.

Robert D. Mariani
United States District Judge