## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JONATHAN BOTEY,                    :
                                   :
              **Plaintiff**        :
                                   :
    v.                             :        **3:12-CV-1520**
                                   :        **(JUDGE MARIANI)**
ROBERT GREEN**, et al.,            :
                                   :
              **Defendants**       :

### ORDER

**AND NOW, THIS** _____ **DAY OF JUNE, 2017**, in accordance with the

accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion to Preclude Inadmissible Lay Opinion Testimony (Doc. 181) is

   ruled on as follows:

   a. Whether Sanghera and Strauss will be precluded from offering opinion

      testimony as to fault for the accident at issue is **RESERVED UNTIL TIME**

      **OF TRIAL.**

   b. Whether Strauss will be precluded from offering opinion testimony as to

      the speed of Plaintiff's vehicle is **RESERVED UNTIL TIME OF TRIAL.**

   c. To the extent that Plaintiff's motion requests that Strauss be precluded

      from testifying as to why he believes the accident occurred, the motion is

      **DENIED.**

d.  Plaintiff's request that Strauss be precluded from testifying as to how long

Green's tractor-trailer was on the roadway prior to impact is **DENIED**.

2.  Plaintiff's Motion to Preclude the Testimony and Opinions of Defendants'

Expert Steven W. Rickard (Doc. 193) is **DENIED**.

Robert D. Mariani
United States District Judge