THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JONATHAN BOTEY,

    Plaintiff

v.

ROBERT GREEN, et al.,

    Defendants

3:12-CV-1520
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 8th DAY OF JUNE, 2017, in accordance with the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion to Preclude Irrelevant Personal Matters of Plaintiff, Jonathan Botey (Doc. 189) is **DENIED**.

2. Plaintiff's Motion to Preclude Irrelevant Personal Matters of Maria Isabelle Lopez-Lake (Doc. 183) is **DENIED IN PART AND GRANTED IN PART** as follows:

    a. With respect to Lopez-Lake's memory issues, such evidence will be permissible in cross-examination solely for the purpose of aiding the jury in determining the witness' credibility. However, any reference to Lopez-Lake's memory issues as genetic and therefore the cause, or part of the cause, of Botey's asserted memory problems is precluded, subject to the reservation noted in the accompanying opinion.

    b. Any reference to Lopez-Lake's colitis and mild depression is precluded.

3. Plaintiff's Motion to Preclude Testimony of Trooper Joseph H. Nalepa Regarding Accident Reconstruction and the Cause of the Subject Accident (Doc. 179) is **RESERVED UNTIL TIME OF TRIAL**.

4. Plaintiff's Motion to Preclude Defendants from Introducing Evidence or Making Comments or Argument Regarding any Adverse Effect of the Accident on Defendants and/or a Verdict Against the Defendants (Doc. 187) is **DENIED WITHOUT PREJUDICE**.

Robert D. Mariani
United States District Judge