THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JONATHAN BOTEY, | : | |
| **Plaintiff** | : | |
| v. | : | 3:12-CV-1520 |
| | : | (JUDGE MARIANI) |
| ROBERT GREEN, et al., | : | |
| **Defendants** | : | |

## ORDER

AND NOW, THIS 8th DAY OF JUNE, 2017, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion to Preclude the Testimony and Opinions of Defendants' Expert David J. Schretlen, PH.D, ABPP/CN (Doc. 197) is **GRANTED IN PART, DENIED IN PART, AND RESERVED IN PART** as set forth in the accompanying Memorandum Opinion.

2. Plaintiff's Motion to Preclude Defendants' Expert V. Benjamin Nakkache, M.D., F.A.C.S. From Testifying as to Irrelevant Matters (Doc. 195) is **RESERVED UNTIL TIME OF TRIAL.**

3. Plaintiff's Motion to Preclude Defendants' Expert Leon Feazell (Doc. 191) is **RESERVED UNTIL TIME OF TRIAL.**

Robert D. Mariani
United States District Judge