# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JONATHAN BOTEY,

    Plaintiff

v.

ROBERT GREEN, et al.,

    Defendants

3:12-CV-1520
(JUDGE MARIANI)

## ORDER

AND NOW, THIS _____ DAY OF JUNE, 2017, in accordance with the Court's accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT:**

1. Defendants' Motion in Limine to Preclude any use of Tommy Dodd's and Mark Rhea's Video Deposition to Support an Inference, Opinion or Diagnosis of Dementia or that FFE Employed Unsafe Drivers (Doc. 152) is **DENIED.**

2. Defendants' Motion in Limine to Preclude any use of Tommy Dodd's Lay Testimony to Support an Inference, Opinion or Diagnosis of Dementia (Doc. 158) is **DENIED.**

3. Defendants' Motion in Limine to Preclude any Testimony, Reference or Inference of Defendant, Robert D. Green's Medical Condition at Present Time, or Reference to him Being Diagnosed with Dementia (Doc. 174) is **RESERVED UNTIL TIME OF TRIAL.**

4. Defendants' Motion in Limine to Preclude any Inference, Evidence, or Testimony that Defendant, Robert D. Green, was "Off Route" in any of the Days Leading up to the Accident (Doc. 172) is **GRANTED.**

Robert D. Mariani
United States District Judge