# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JONATHAN BOTEY, :
:
    **Plaintiff** :
:
v. : 3:12-CV-1520
: (JUDGE MARIANI)
ROBERT GREEN, et al., :
:
    **Defendants** :

## ORDER

**AND NOW, THIS 8th DAY OF JUNE, 2017**, in accordance with the Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. Defendants' Motion in Limine to Preclude the Use of Demonstrative Evidence Showing Plaintiff's Facial Injuries (Doc. 170) is **RESERVED UNTIL TIME OF TRIAL**.

2. Defendants' Motion in Limine to Preclude Improper "Reptile Theory" Tactics (Doc. 166) is **DENIED WITHOUT PREJUDICE**.

3. Defendants' Motion in Limine to Preclude Plaintiff, his Counsel, Witnesses and any Experts from Referring to Robert Green as a "Professional Driver" and Further Precluding those Individuals from Stating or Inferring that Robert Green or any Commercial Motor Vehicle Driver is Subject to an Increased or Higher Standard of Care (Doc. 176) is **GRANTED IN PART AND RESERVED IN PART** as follows:

a. Defendants' motion to preclude plaintiff, his counsel, witnesses and any experts from referring to Robert Green as a "professional driver" is **GRANTED**.

b. Defendants' request that Plaintiff's counsel and witnesses be precluded from stating or inferring that Green or any commercial motor vehicle driver is subject to an increased or higher standard of care is **RESERVED UNTIL TIME OF TRIAL**.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge