# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JONATHAN BOTEY, | : |
| Plaintiff | : |
| v. | : 3:12-CV-1520 |
| | : (JUDGE MARIANI) |
| ROBERT GREEN, et al., | : |
| Defendants | : |

## ORDER

**AND NOW, THIS 14TH DAY OF NOVEMBER, 2018**, for the reasons set forth in this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT** "Plaintiff's Motion for New Trial Pursuant to Federal Rule of Civil Procedure 59" (Doc. 340) is **DENIED**.

Robert D. Mariani
United States District Judge